## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Elsie M. Mayard, | Civil No. 17-453 (DWF/FLN) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Northern States Power Company d/b/a Xcel Energy, | |
| Defendant. | |

Pursuant to the parties' Stipulation for Dismissal filed on February 16, 2018, (Doc. No. [22]),

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE** and on the merits, without any further costs, disbursements, or attorney fees to either party.

Dated:  February 16, 2018                    s/Donovan W. Frank
                                             DONOVAN W. FRANK
                                             United States District Judge